NO. 07-10-0327-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL D

 



SEPTEMBER 1, 2010  

 



 

BURNWOOD, INC.,

 

                                                                                                            Appellant

 

                                                                             v.

 

                           CRAIG,
TERRILL, HALE & GRANTHAM, LLP, H. GRADY

TERRILL,
ANDREW B. CURTIS; RUSTY CAGLE D/B/A

RED
BOTTOMS A/K/A FLATLANDER’S, RAVAN RAY,

INDIVIDUALLY
AND D/B/A RAYLAND PROPERTIES, 

INC.,
RAYLAND PROPERTIES, INC, and BRIAN 

TEAL,
INDIVIDUALLY,

                                                                                                            Appellees

                                               ____________________________

 

                      FROM THE 72nd DISTRICT
COURT OF LUBBOCK COUNTY;

 

                          NO. 2007-543,077-A;
HON. RUBEN REYES, PRESIDING

                                                                              



 

Memorandum Opinion

 



 

Before QUINN,
C.J., and CAMPBELL and PIRTLE, JJ.

 








Appellant Burnwood, Inc. filed
their notice of appeal on August 12, 2010. 
However, appellant did not pay the $175 filing fee required from
appellants under Texas Rule of Appellate Procedure 5.  Nor did they file an affidavit of indigence
per Texas Rule of Appellate Procedure 20.1. 
By letter from this Court dated August 12, 2010,
we informed appellant that Athe filing fee in the amount of $175.00 has not been paid . . . . 
Failure to pay the filing fee within ten (10) days from the date of this
notice may result in a dismissal.@  Tex. R. App. P. 42.3(c); see Holt v.
F. F. Enterprises, 990 S.W.2d 756 (Tex. App. –Amarillo 1998, pet. ref=d).  The deadline
lapsed, and the fee was not received. 

Because appellant has failed to pay the requisite
filing fee as directed by the court, we dismiss the appeal pursuant to Texas
Rule of Appellate Procedure 42.3(c). 

                                                              
                      

Per Curiam